**Arthur J. Clarke, for use of Robert Wilkie, Appellant, v. Standard Accident Insurance Company, Appellee.**

**Gen. No. 45,218.**

Shavin & Hamilton, for appellant; Harrison L. Dod, of counsel; John J. Maciejewski, for appellee; Charles D. Snewind, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed April 9, 1951; released for publication May 7, 1951.